# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133829(57)

In Re Estate of DORIS RUTH MILES,
Deceased.

_____

GILBERT J. MILES, STEPHANIE
MILES, and EVAN MILES,
Co-Personal Representatives of
the Estate of Doris Ruth Miles,
        Plaintiffs-Appellees,

v

SOLEUS HEALTHCARE SERVICES
OF MICHIGAN, INC., ABC
MEDICAL SUPPLY, INC.,
PROFESSIONAL BREATHING
ASSOCIATES, INC., and IRB
MEDICAL SUPPLY COMPANY,
        Defendants,

and

STAFF BUILDERS HOME HEALTH
CARE, INC.,
        Defendant-Appellant.

_____/

SC: 133829
COA: 270033
Lapeer CC: 03-032528-NO

On order of the Court, the motion for reconsideration of this Court's July 29, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

d1020